# UNITED STATES DISTRICT COURT
# DISTRICT OF OREGON

| | |
|---|---|
| **FADUMO ABDULLE,** | No. **06-cv-1470-AS** |
| Petitioner, | Agency # **78-785-651** |
| vs. | |
| **ALBERTO R. GONZALES**, Attorney General of the United States, and others, | **AGREED ORDER AWARDING EAJA FEES** |
| Respondents. | |

Petitioner through counsel Michael T. Purcell, and respondents, Alberto R. Gonzales, and others, through their attorneys, Karin J. Immergut, United States Attorney for the District of Oregon and Kenneth C. Bauman, Assistant United States Attorney for the District of Oregon agree that this Court enter an order awarding the sum of $3,000 to petitioner based on petitioner's application for attorney fees and costs under the Equal Access to Justice Act, ("EAJA"), 18 U.S.C § 2412(d) (Docket #10).

On November 30, 2006, this court entered judgment in this case in favor of petitioner. Docket # 9. On December 28, 2006, petitioner filed a motion asking that this court order respondents to pay petitioner's attorney fees and costs pursuant to EAJA. Docket #10. This is the only motion pending in this action. All times for appeal have run and no appeal has been filed. If any party still technically has the ability to file an appeal, that party waives appeal.

The parties agreed that the sum of $3,000 will be paid by the United States Citizenship and Immigration Services ("USCIS"), a part of the Department of Homeland Security ("DHS"), or any other agency of the United States so designated and agreed to by the parties, in full satisfaction of petitioner's outstanding application

to this court requesting the award to petitioner of fees and costs under EAJA (Docket #10).

It is therefore ordered that USCIS, a part of DHS, or any other appropriate federal agency pay to petitioner, through petitioner's counsel, Michael T. Purcell, the sum of $3,000.

With the signing of this agreed order, the Clerk of the Court is directed to close this case.

Dated this 22 day of January, 2007

_____
DONALD C. ASHMANSKAS
UNITED STATES MAGISTRATE JUDGE

Respectfully Submitted:

| | |
|---|---|
| Dated: January 19, 2006 | Dated January 19, 2006 |
| | KARIN J. IMMERGUT<br>United States Attorney<br>District of Oregon |
| /s/ Michael T. Purcell | /s/ Kenneth C. Bauman |
| MICHAEL T. PURCELL,<br>OSB #85309<br>520 SW Yamhill, Suite 422<br>Portland, OR 97204<br>Tel: 503.241.8203<br>Fax: 503.241.1694 | KENNETH C. BAUMAN, OSB #69014<br>Assistant United States Attorney<br>1000 SW Third Ave., Suite 600<br>Portland, OR 97204-2902<br>Telephone: 503. 727.1025<br>Facsimile: 503.727.1117 |